United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLCOMB,
Plaintiff,
v.
DOE,
Defendant.

Case No. 26-cv-06233-JSC

**ORDER OF DISMISSAL**

On June 23, 2026, the Clerk opened this case on the basis of a letter from Plaintiff, a detainee at Napa State Hospital who is proceeding without representation by an attorney, complaining about the conditions of his confinement; namely, that state hospital employees are preventing him from accessing his legal paperwork. (ECF No. 1.) On the same day, the Clerk notified Plaintiff that to proceed with his claims, he would have to file a signed complaint and either pay the filing fee or file an application to proceed in forma pauperis ("IFP"). (ECF Nos. 2 and 3.) Along with the deficiency notices, the Clerk mailed Plaintiff the Court's civil rights complaint form, IFP application, instructions for completing the forms, and a stamped return envelope. The deficiency notices informed Plaintiff that if he did not file a complaint and either an IFP application or fee payment within 28 days, the case would be dismissed. (*Id.*) More than 28 days have passed, and no response has been received. As Plaintiff has not filed a complaint, filed an IFP application, paid the filing fee, requested an extension of time, or shown cause why not, this case is DISMISSED without prejudice. No fee is due.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge